IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LAWRENCE LOMBARDO,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CHRISTOPHER BRYAN LEONARD<br><br>and<br><br>IMS TECHNOLOGY SERVICES, INC.,<br><br>　　　　　　　Defendants. | CIVIL No. 2:24-cv-01711-KBH<br><br>Honorable Kelley Brisbon Hodge |

## PROPOSED ORDER

**AND NOW,** this _____ day of _____, 2024, upon consideration of Defendant IMS Technology Services, Inc.'s Motion to Dismiss and its incorporated Memorandum in Support thereof it is **ORDERED** that said motion is **GRANTED**. Count VIII of the Complaint and IMS are hereby **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　J.