# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LAWRENCE LOMBARDO, | : CIVIL ACTION |
| Plaintiff, | : No. 2:24-cv-01711-KBH |
| v. | : |
| CHRISTOPHER BRYAN LEONARD and IMS TECHNOLOGY SERVICES, INC., | : |
| Defendants. | : |

## DEFENDANT CHRISTOPHER BRYAN LEONARD'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Christopher Bryan Leonard, by and through his counsel Kaufman Dolowich LLP, hereby files this Motion to Dismiss Plaintiff's Amended Complaint, for the reasons stated in the accompanying Memorandum of Law, which is fully incorporated herein.

**KAUFMAN DOLOWICH LLP**

*/s/ Gregory S. Hyman*
Gregory S. Hyman, Esq.
Jennifer L. Prior, Esq.
One Liberty Place
1650 Market Street, Suite 4800
T: (215) 501-7002
ghyman@kaufmandolowich.com
jprior@kaufmandolowich.com
*Counsel for Defendant*
*Christopher Bryan Leonard*

Dated: June 21, 2024