# EXHIBIT A

**KAUFMAN DOLOWICH LLP**
Gregory S. Hyman, Esq.
Jennifer L. Prior, Esq.
One Liberty Place
1650 Market Street, Suite 4800
T: (215) 501-7002
ghyman@kaufmandolowich.com                    *Counsel for Defendant*
jprior@kaufmandolowich.com                    *Christopher Bryan Leonard*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL LAWRENCE LOMBARDO, | : | CIVIL ACTION |
| Plaintiff, | : | No. 2:24-cv-01711-KBH |
| v. | : | |
| CHRISTOPHER BRYAN LEONARD and IMS TECHNOLOGY SERVICES, INC., | : | |
| Defendants. | : | |

**CERTIFICATION**

Pursuant to I.G.1 of this Court's Judicial Policies and Procedures, I, Jennifer L. Prior, Esq., counsel for Defendant Christopher Bryan Leonard, hereby certify as follows: On May 20, 2024, I called *pro se* Plaintiff Michael Lawrence Lombardo, to discuss the reasons that Mr. Leonard intended to file a Motion to Dismiss, and asked whether he would withdraw his claims. Mr. Lombardo asked me to follow up on our telephone discussion with an email stating the reasons for the Motion to Dismiss. On May 22, 2024, I emailed Mr. Lombardo per his request, at the email address he provided. He has not responded to requests to withdraw his claims.

I called Mr. Lombardo again on June 14, 2024, after he filed the Amended Complaint, to discuss the reasons Mr. Leonard intended to file a Motion to Dismiss the Amended Complaint. Mr. Lombardo has not responded my second request to withdraw his claims.

2

Dated: June 21, 2024                    */s/    Jennifer L. Prior*
                                        Jennifer L. Prior, Esq.