# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL LAWRENCE LOMBARDO, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 2:24-cv-01711-KBH |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER BRYAN LEONARD and IMS TECHNOLOGY SERVICES, INC. | : | |
| | | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Christopher Bryan Leonard in the above referenced matter.

Respectfully submitted,

**KAUFMAN DOLOWICH LLP**

_____
Jennifer L. Prior, Esq. (PA Attorney No. 313732)
One Liberty Place
1650 Market Street, Suite 4800
Philadelphia, PA 19103
T: (484) 841-7106
jprior@kaufmandolowich.com
*Counsel for Defendant Christopher Bryan Leonard*

## **CERTIFICATE OF SERVICE**

I, Jennifer L. Prior, Esq. hereby certify that on this 21st day of June 2024, I caused a true and correct copy of my Entry of appearance on behalf of Defendant Christopher Bryan Leonard to be served on the below individuals via ECF:

Michael Lawrence Lombardo
45 Laurel Trail
Monroe, NY 10950
iamthemichaellawrence@gmail.com
*Pro se Plaintiff*

Alexander Nemiroff, Esq.
GORDON & REES, LLP
Three Logan Square
1717 Arch St.
Suite 610
Philadelphia, PA 19103
anemiroff@gordonrees.com
*Counsel for Defendant IMS Technology Services, Inc.*

**KAUFMAN DOLOWICH LLP**

*/s/ Jennifer L. Prior*
Jennifer L. Prior, Esq