IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL LAWRENCE LOMBARDO,**<br>Plaintiff,<br><br>v.<br><br>**CHRISTOPHER BRYAN LEONARD and IMS TECHNOLOGY SERVICES, INC.,**<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 2:24-CV-01711-KBH |

## O R D E R

**AND NOW**, this 3rd day of July, 2024, upon consideration of Defendant IMS Technology Services, Inc.'s ("IMS") Motion to Dismiss (ECF No. 11), and in light of Plaintiff having subsequently filed an Amended Complaint (ECF No. 12), it is **HEREBY ORDERED** that IMS's Motion (ECF No. 11) is **DENIED AS MOOT.**

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**