IN THE UNITED STATES DISTICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LAWRENCE LOMBARDO, | CIVIL ACTION |
| Plaintiff, | No. 2-24-cv-01711-KBH |
| v. | |
| CHRISTOPHER BRYAN LEONARD and IMS TECHNOLOGY SERVICES, INC., | |
| Defendants. | |

ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME

    The Plaintiff having requested that the Court grant him an extension until July 22, 2024, to respond to the Defendants' motions to dismiss and the Defendants have consented to that request, is it hereby

    ORDERED, the Plaintiff's time to plead to the Defendants' motions to dismiss is extended to July 22, 2024.

    /s/ Hon. Kelley B. Hodge
    UNITED STATES DISTRICT JUDGE

    Date: July 9, 2024