# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL LAWRENCE LOMBARDO,** Plaintiff, | **CIVIL ACTION** |
| v. | |
| **CHRISTOPHER BRYAN LEONARD and IMS TECHNOLOGY SERVICES, INC.,** Defendant. | **NO. 24-1711** |

## O R D E R

**AND NOW**, this 6th day of February, 2025, **IT IS ORDERED** that a recorded status conference shall be held by video on **February 13, 2024 at 3:00 p.m.** Counsel for the parties shall participate using information which will be provided by Chambers.

**BY THE COURT:**

/s/ Hon. Kelley B. Hodge

_____
HODGE, KELLEY B., J.