# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL LAWRENCE LOMBARDO,**<br>Plaintiff, | **CIVIL ACTION** |
| v. | |
| **CHRISTOPHER BRYAN LEONARD,**<br>**IMS TECHNOLOGY SERVICES, INC.**<br>Defendants. | **NO. 24-1711** |

## O R D E R

**AND NOW**, this 6th day of March, 2025, the Court having received Defendant IMS's March 5, 2025 Letter (ECF No. 28), **IT IS ORDERED** that on or before March 13, 2025, Plaintiff shall file a response stating his position on the issue addressed by Defendant.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**
_____
**HODGE, KELLEY B., J.**