IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL LAWRENCE LOMBARDO,**<br>**Plaintiff,**<br><br>v.<br><br>**CHRISTOPHER BRYAN LEONARD,**<br>**IMS TECHNOLOGY SERVICES, INC.**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>NO. 24-1711 |

## O R D E R

**AND NOW**, this 25th day of March, 2025, upon consideration of Defendants' Motions to Dismiss, Plaintiff's Responses, and the replies thereto, **IT IS ORDERED** that:

1. Count IV and Article VII (Plaintiff's request for permanent injunction) are **DISMISSED WITH PREJUDICE**, pursuant to Plaintiff's consent to dismissal.

2. Defendant IMS's Motion to Dismiss is **GRANTED**. The Clerk of Court shall mark IMS **TERMINATED** from the case.

3. Defendant Leonard's Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART**.

    a. The Motion to Dismiss Counts I and II is **DENIED**.

    b. Counts III and V are **DISMISSED WITH PREJUDICE**.

    c. Count VI is **DISMISSED**; Plaintiff is granted leave to amend this claim within 14 days of this Order.

**BY THE COURT:**

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**