## CERTIFICATE OF SERVICE

  I, Gregory S. Hyman, Esq., hereby certify that on this 23rd day of April 2025, I caused a true and correct copy of Defendant's Answer to Plaintiff's Second Amended Complaint to be served on the below counsel via ECF filing:

Jacob C. Lehman, Esq.
GERMAN GALLAGHER & MURTAGH
The Bellevue, Fifth Floor
200 S. Broad St., Suite 500
Philadelphia, PA 19102
Lehmanj@ggmfirm.com
*Counsel for Plaintiff*

Alan J. Pierce
HANCOCK ESTABROOK LLP
100 Madison St., Suite 1800
Syracuse, NY 13202
apierce@hancocklaw.com
*Counsel for Plaintiff*

**KAUFMAN DOLOWICH LLP**

*/s/ Gregory S. Hyman*
Gregory S. Hyman, Esq.